Natalia Vieira Santanna
CA Bar No. 337502
MI Bar No. P76443
SANTANNA LAW OFFICES
PO Box 7528, Oakland, CA 94601
(510) 922-0154 (Telephone)
natalia@santannalaw.com (Email)
Attorney for Petitioner

Jacqueline Nuno
CA Bar No. 349588
SANTANNA LAW OFFICES
PO Box 7528, Oakland, CA 94601
(510) 315-6575 (Telephone)
jacqueline@santannalaw.com (Email)
Attorney for Petitioner/Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.C.I.,<br><br>Petitioner,<br><br>v.<br><br>Warden of the Adelanto Detention Facility, Office of Detention and Removal, U.S. Immigrations and Customs Enforcement, U.S. Department of Homeland Security, et al,<br><br>Respondents. | No.  EDCV26-3617-E<br><br>~~(PROPOSED)~~ **ORDER GRANTING MOTION TO PROCEEED VIA PSEUDONYM** |

**~~(PROPOSED)~~ ORDER**

Upon review, Petitioner's Motion to Proceed under Pseudonym is **GRANTED.**

**IT IS SO ORDERED.**

Date: 7/1/2026          .

_____
United States Magistrate  Judge

1