# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.C.I., | No. ED CV 26-3617-E |
|     Petitioner, | |
|     v. | ORDER FOR ENTRY OF JUDGMENT |
| WARDEN, ETC., ET AL., | |
|     Respondents. | |

Petitioner, a detainee of Immigration and Customs Enforcement, filed a "Petition for Writ of Habeas Corpus, etc." ("the Petition") on June 30, 2026.  Respondents filed an Answer on July 8, 2026.  Petitioner filed a Reply on July 12, 2026.

The Petition seeks, <u>inter alia</u>, a bond hearing before an immigration judge. Respondents do not oppose such a bond hearing.

Based on the allegations in the Petition, and Respondents' lack of opposition, it is ordered that the Petition is granted in part and Respondents are ordered to provide Petitioner with a bond hearing before an immigration judge within seven (7) days at which the burden will be on the Government to justify Petitioner's detention through by clear and convincing

///

evidence that Petitioner is an unacceptable danger or an unacceptable risk of flight.[1]

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 15, 2026.

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

---

[1]    Petitioner has failed to justify any additional or different form of habeas relief.

2